336 A.2d 865

**COMMONWEALTH of Pennsylvania**

v.

**Marie SCOTT, Appellant.**

Supreme Court of Pennsylvania.

Argued April 10, 1975.

Decided May 13, 1975.

Edward K. Nichols, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Jr., Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

And now to wit this 13th day of May 1975, it is hereby ordered and decreed that the above-captioned matter is remanded to the lower court for an evidentiary hearing to determine whether appellant knowingly and intelligently waived her right to file and argue post-trial motions.

If the court determines that there has been no waiver then the judgment of sentence shall be vacated and post-trial motions allowed. The right of either party to appeal adverse rulings as to all issues properly raised in

the instant appeal, including the finding regarding waiver of post-trial motions, is preserved.

JONES, C. J., took no part in the consideration or decision of this case.